1  Christopher K. Jafari, Esq., Bar No. 219971
2  Kiarash Kay Jafari, Esq., Bar No. 299610
   C&K LAW GROUP
3  3525 Hyland Ave., Suite 270
4  Costa Mesa, CA 92626
   Telephone: (949) 852-4454
5  Facsimile:   (949) 508-1759
6  e-mail: chrisjafari@gmail.com
            kayjafari@gmail.com
7  Attorneys for Defendant Bruce Huizinga

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TAYLOR FREEZERS OF SOUTHERN CALIFORNIA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA HUIZINGA, an individual; BRUCE HUIZINGA, an individual; and DOES 1 through 10, inclusive<br><br>Defendants, | Case No.: 2:19-cv-10623 SVW (JEMx)<br><br>[Hon. Stephen V. Wilson]<br>**DISCOVERY MATTER**<br><br>PROTECTIVE ORDER<br><br>**Discovery Cutoff Date:** None<br><br>**Pretrial Conference:** August 24, 2020<br><br>**Jury Trial:** September 1, 2020 |

1
PROTECTIVE ORDER

The Court has considered the Stipulation for Protective Order executed and concurrently filed by counsel for Plaintiff Taylor Freezers of Southern California, Inc. and Defendant Bruce Huizinga. The Court approves the Stipulation for Protective Order and hereby enters said stipulation as an Order of the Court.

**IT IS SO ORDERED.**

DATED: June 22, 2020    _____
HON. JOHN E. MCDERMOTT
United States Magistrate Judge